546

tion. *Messrs. Frank H. Towner, Ralph M. Shaw, Frank H. Moore, A. F. Smith,* and *Samuel W. Moore* for petitioners. *Messrs. Daniel W. Knowlton, E. M. Reidy, Samuel W. Sawyer, J. C. Gibson, Charles H. Woods, Bruce Scott, W. F. Dickinson, F. W. Clements, E. A. Boyd, Walter McFarland, J. M. Souby, H. H. Larrimore,* and *W. F. Peter* for respondents.

No. 270. NORMAN *v.* BALTIMORE & OHIO R. Co. October 8, 1934. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Emanuel Redfield* and *Dalton Dwyer* for petitioner. *Mr. Frederick H. Wood* for respondent.

No. 340. OLD COMPANY'S LEHIGH, INC. *v.* MEEKER, RECEIVER, ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Joseph G. M. Browne* and *Israel H. Mandel* for petitioner. *Mr. Humphrey J. Lynch* for respondents.

No. 361. CLARK, COMMISSIONER OF INSURANCE OF IOWA, ET AL. *v.* WILLIARD ET AL. October 15, 1934. Petition for writ of certiorari to the Supreme Court of Montana granted. *Messrs. Reuel B. Cook, Edmond M. Cook,* and *M. S. Gunn* for petitioners. *Messrs. Louis P. Donovan* and *H. Leonard DeKalb* for respondents.

No. 383. SWINSON *v.* CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RY. Co. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the